**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-01467-RPM-MJW

ANNIE O'LEARY,

       Plaintiff,

v.

ENHANCED RECOVERY CORPORATION, a Delaware corporation,

       Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

       THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

       DATED: September 26th, 2007

                          BY THE COURT:

                          s/Richard P Matsch
                          _____
                          U.S. DISTRICT JUDGE